In re Nomination Paper of Ralph NADER and Peter Miguel Camejo as Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004.

Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen–Scott, Donald G. Brown and Julia A. O'Connell.

Appeal of Ralph Nader.

Supreme Court of Pennsylvania.

Oct. 23, 2009.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of October, 2009, the Application for Oral Argument is **DENIED** and the order of the Commonwealth Court is **AFFIRMED**.